■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD BURGESS, Appellant. [681 NYS2d 52] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Tomei, J.), rendered October 21, 1996, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the trial court erred in its *Sandoval* ruling is without merit. The trial court did not improvidently exercise its discretion in ruling that should the defendant choose to testify, the prosecutor would be permitted to cross-examine him regarding a prior conviction for criminal possession of a weapon (*see, People v Gray,* 84 NY2d 709, 712; *People v Sandoval,* 34 NY2d 371; *People v Williams,* 249 AD2d 427).

Many of the challenged comments made by the prosecutor are unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Medina,* 53 NY2d 951). In any event, any improper comments were harmless in light of the overwhelming evidence of his guilt (*see, People v Galloway,* 54 NY2d 396; *People v Crimmins,* 36 NY2d 230; *People v Roopchand,* 107 AD2d 35, *affd* 65 NY2d 837 *for reason stated below*).

The defendant's sentence was not excessive (*see, People v Suitte,* 90 AD2d 80). Sullivan, J. P., Altman, Krausman and Florio, JJ., concur.